Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0421

Steve Byle v. Maggie Adams 1, an Alabama Business Trust (Appeal from Houston Circuit Court: CV-24-5).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Mitchell, and McCool, JJ., concur.